**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MIRIAM NINETH RODRIGUEZ** | **CIVIL ACTION NO: 26-CV-01873** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BRIAN ACUNA *ET AL.*** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering Respondents' Motion to Extend Deadline to Respond to Petition for Writ of Habeas Corpus,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Respondents shall have until July 27, 2026 to file their response to the Petition for Writ of Habeas Corpus.

THUS DONE AND SIGNED in Chambers, on this 16th day of July, 2026.

Kayla D. McClusky

UNITED STATES MAGISTRATE JUDGE